STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant FLEISCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>        Plaintiff,                               )<br>                                                         )<br>        v.                                           )<br>                                                         )<br>COLETTE FLEISCHER,                 )<br>                                                         )<br>        Defendant.                          )<br>_____ ) | No. CR-15-487 TEH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**HEARING AND FOR EXCLUDING**<br>**TIME UNDER 18 U.S.C. § 3161** |

The parties in this case agree and jointly request the Court to move the next status conference in the above captioned case to February 8, 2016 at 2:30 p.m. for a status conference. The purpose of the requested continuance is to allow defense counsel additional time to review the discovery with her client. The parties also submit and agree that an exclusion of time under the Speedy Trial Act is needed for the entire period of time between January 25, 2016 and February 8, 2016, as defense counsel is continuing to review the discovery regarding the appropriate loss amount in the case in order to negotiate an appropriate plea agreement with the government.

The parties agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

For the reasons stated above, the parties stipulate to continue the status hearing to February 8,

2016.

SO STIPULATED:

                                         BRIAN STRETCH
                                         Acting United States Attorney

DATED: January 22, 2016             _____/S/_____
                                         KATHRYN LLOYD-LOVETT
                                         Special Assistant United States Attorney

DATED: January 22, 2016             _____/S/_____
                                         ELIZABETH FALK
                                         Attorney for Defendant Colette Fleischer

[~~PROPOSED~~] ORDER

For the reasons stated above the Court hereby CONTINUES the status conference hearing in the aforementioned case from January 25, 2016 at 2:30 p.m. to February 8 [~~9~~], 2016 at 2:30 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 01/25/2016                _____
                                        THE HONORABLE THELTON E. HENDERSON
                                        United States District Judge